

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2019

No. 04-18-00975-CV

**IN RE** Abelardo G. **GONZALES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On January 7, 2019, relator filed a petition for writ of mandamus complaining the trial court had not set for hearing or ruled on a motion he filed with the court in mid-November 2018. On January 16, 2019, this court denied relator's petition because the motion had been pending before the trial court for only about two months. On January 31, 2019, relator filed a motion for rehearing, again complaining of the trial court's refusal to set his motion for a hearing or rule on the motion. On March 4, 2019, this court issued an order requesting a response from the respondent by March 19, 2019.

On April 1, 2019, the respondent filed a letter with this court requesting a sixty-day extension of time "to complete the court's findings . . . ." We GRANT the request and respondent's response is due **no later than May 20, 2019**.

Relator's Motion to Compel a Ruling on his motion for rehearing based on the respondent's not complying with our March 4, 2019 order is DENIED.

It is so **ORDERED** on April 4, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2017 FLI 001815 C3, styled *In the Interest of M.A.G. and Z.A.G., Children*, pending in the County Court at Law No 2, Webb County, Texas, the Honorable Missy Medary presiding.